IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF THE SEARCH OF
THE UNITED STATES POSTAL SERVICE
PARCEL BEARING TRACKING NUMBER
9405 5368 9784 6824 3808 38 ADDRESSED
TO "BRENDA DIRK, 1812 MINNESOTA
AVE, COLUMBUS OH 43211-1836".

Case No. 2:20-mj-463

**Filed Under Seal**

## MOTION TO SEAL

Now comes the United States, by its undersigned counsel, Assistant United States

Attorney, Michael Hunter, and hereby respectfully request that the Search and Seizure Warrant,

Return, Affidavit, and all related documents in the above entitled cause remain sealed until July

31, 2020, or until further order of this court. There is an on-going criminal investigation that would

be compromised if the existence of the investigation becomes known. The United States is

apprehensive that pertinent evidence may be destroyed if targets or persons associated become

aware of said the Search and Seizure Warrant, Return, Affidavit, and all related documents.

WHEREFORE, the government respectfully requests that the Search and Seizure Warrant,

Return, Affidavit, and all related documents in the above entitled cause remain sealed until July

31, 2020, or until further order of this court.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

Michael Hunter
Assistant United States Attorney