IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE UNITED STATES POSTAL SERVICE PARCEL BEARING TRACKING NUMBER 9405 5368 9784 6824 3808 38 ADDRESSED TO "BRENDA DIRK, 1812 MINNESOTA AVE, COLUMBUS OH 43211-1836". | Case No. 2:20-mj-463<br><br>**Filed Under Seal** |

### ORDER TO SEAL

Upon the Motion of the United States and for good cause shown, it is **ORDERED** that the Search and Seizure Warrant, Return, Affidavit, and all related documents in the above-entitled cause remain sealed until July 31, 2020, or until further order of this court.

_____
Honorable Elizabeth A Preston Deavers
United States Magistrate Judge
Southern District of Ohio