AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

2020 JUL 21 PM 12:27

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

In the Matter of the Search of

THE UNITED STATES POSTAL SERVICE PARCEL BEARING TRACKING NUMBER 9405 5368 9784 6824 3808 38 ADDRESSED TO "BRENDA DIRK, 1812 MINNESOTA AVE, COLUMBUS OH 43211-1836".

Case No. 2:20-mj-463-EPD

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Ohio, Eastern Division _____
*(identify the person or describe the property to be searched and give its location)*:

THE UNITED STATES POSTAL SERVICE PARCEL BEARING TRACKING NUMBER 9405 5368 9784 6824 3808 38 ADDRESSED TO "BRENDA DIRK, 1812 MINNESOTA AVE, COLUMBUS OH 43211-1836".

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b)

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 16, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ SD OF OHIO CLERK OF COURTS _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: July 2, 2020 At 12:19 P.M.

City and state: COLUMBUS, OHIO

Elizabeth A. Preston Deavers
United States Magistrate Judge

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:20-mj-463 | July 6, 2020 / 10:10 A.M. | N/A |

Inventory made in the presence of:
J. Koble / M. Massaro   US Postal Inspectors

Inventory of the property taken and name of any person(s) seized:

Approximately 9.1 gross pounds of suspected methamphetamine.

7/6/20

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/6/20

*Executing officer's signature*

Justin D. Koble - US Postal Inspector
*Printed name and title*