## ATTACHMENT A:

| | | |
|---|---|---|
| 2:17-MJ-434 | 2:19-MJ-001 | 2:20-MJ-584 |
| 2:17-MJ-585 | 2:19-MJ-121 | 2:20-MJ-587 |
| 2:17-MJ-586 | 2:19-MJ-122 | 2:20-MJ-591 |
| 2:17-MJ-587 | 2:19-MJ-127 | 2:20-MJ-611 |
| 2:17-MJ-588 | 2:19-MJ-153 | 2:20-MJ-612 |
| 2:17-MJ-589 | 2:19-MJ-177 | 2:20-MJ-621 |
| 2:17-MJ-617 | 2:19-MJ-191 | 2:20-MJ-622 |
| 2:17-MJ-758 | 2:19-MJ-255 | |
| 2:17-MJ-759 | 2:19-MJ-265 | |
| 2:17-MJ-761 | 2:19-MJ-266 | |
| 2:17-MJ-762 | 2:19-MJ-272 | |
| 2:18-MJ-205 | 2:19-MJ-273 | |
| 2:18-MJ-213 | 2:19-MJ-276 | |
| 2:18-MJ-355 | 2:19-MJ-320 | |

| | | |
|---|---|---|
| 2:18-MJ-515 | 2:19-MJ-414 | |
| 2:18-MJ-532 | 2:20-MJ-463 | |
| 2:18-MJ-555 | 2:20-MJ-530 | |